No. 10–7560.  BRECHT v. MARTEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7561.  ALLADIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–7562.  TILLMAN v. BIRKETT, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–7568.  FRANKENBERRY v. COURT OF COMMON PLEAS OF PENNSYLVANIA, FAYETTE COUNTY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–7569.  GRETHEN v. WESTERN REGIONAL DIRECTOR.  C. A. 4th Cir.  Certiorari denied.

No. 10–7570.  FORTE v. BARBER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7571.  HAWKINS v. ILLINOIS DEPARTMENT OF CORRECTIONS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–7573.  GILBERT v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 10–7574.  HUSBAND v. KORNBRATH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–7575.  GASTON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 10–7580.  HAZEL v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. (two judgments).  C. A. 4th Cir.  Certiorari denied.

No. 10–7584.  TEK NGO v. HOLDER, ATTORNEY GENERAL.  C. A. 3d Cir.  Certiorari denied.

No. 10–7585.  POPE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.